1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00075 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RELATED CASES |
| v. | |
| DANIEL OMAR LOPEZ-BETANCOURT,<br>    aka Daniel Nicholas Lopez,<br>    aka Daniel Omar Lopez,<br>    aka Juan Francisco Munoz,<br>    aka Juan F. Munoz, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00230 JAM |
| Plaintiff, | |
| v. | |
| DANIEL OMAR LOPEZ-BETANCOURT, | |
| Defendant. | |

The United States of America and defendant Daniel Omar Lopez-Betancourt, through their respective undersigned counsel, hereby request by way of stipulation and proposed order that the Court relate for future proceedings the supervised release violation petition filed in United States v. Lopez-Betancourt, No. 2:13-cr-00230 JAM (E.D. Cal.), for which jurisdiction was recently transferred from the

Stipulation and Order Re Related Cases          1

U.S. District Court for the Southern District of California to this Court, and the matter of <u>United States v. Lopez-Betancourt</u>, No. 2:13-cr-00075 TLN (E.D. Cal.). The parties believe that the two cases are related within the meaning of Local Rules 123(a)(4) and (f). The parties agree that the following facts support such a relation of cases:

**1. Proceedings Before the Honorable Troy L. Nunley**

On March 17, 2013, a Sacramento grand jury returned a single count Indictment in <u>United States v. Lopez-Betancourt</u>, No. 2:13-cr-00075 TLN. The Indictment alleges that defendant is a deported alien who was found in the United States on or about January 23, 2013, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). Defendant was arraigned on this Indictment on May 24, 2013, and the matter is pending before United States District Judge Troy L. Nunley. The case is set for a further status conference on August 22, 2013.

**2. Proceedings Before the Honorable John A. Mendez**

The matter of <u>United States v. Lopez-Betancourt</u>, No. 2:13-cr-00230 JAM, was opened on July 2, 2013, after the Honorable John A. Mendez signed an order accepting the transfer of jurisdiction over a petition to revoke defendant's supervised release that was originally filed in the Southern District of California in the matter of <u>United States v. Lopez-Betancourt</u>, No. 11CR02675-01-BEN (S.D. Cal.). In that matter, defendant had been convicted of violating 8 U.S.C. § 1326, and his sentence included a term of supervised release. Defendant allegedly violated the conditions of supervision that he: (1) not commit another federal, state, or local crime; and (2) not re-enter the United States without the appropriate consent or permission. (Petition, Jan. 10, 2013, No. 11CR02675-01-BEN (S.D. Cal.).) The petition alleges that defendant re-entered the United States on or about December 3, 2012.[1] (<u>Id.</u> at 2.)

**3. Related Cases Under Local Rule 123**

The parties agree that the matters appear to be related within the meaning of the Court's Local Rules, and should be related before Judge Nunley. Local Rule 123(f) provides:

> Where a Notice of Related Cases is filed suggesting that a petition for probation action and/or violation of the terms of supervised release should be related to a new indictment, and the basis of the probation petition or alleged supervised release violation is the conduct underlying the new indictment, the two actions

---

[1] An amended petition was filed in the Southern District of California on March 4, 2013.

Stipulation and Order Re Related Cases        2

> shall be related and the Judge or Magistrate Judge assigned to the new criminal
> action shall also be assigned the earlier action, unless the original sentencing
> judge desires to retain the first action, in which circumstance both actions shall be
> assigned to the original sentencing judge.

E.D. Cal. L.R. 123(f). The two matters are related within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort. Additionally, the two matters are similar to the related cases contemplated by Local Rule 123(f) because defendant's alleged December 3, 2012 illegal re-entry underlying the supervised release violation petition appears to have immediately preceded the January 23, 2013 "found in" date alleged in the new Indictment pending before Judge Nunley.

For these reasons, the parties respectfully request that this Honorable Court: (1) find that the pending Indictment in United States v. Lopez-Betancourt, No. 2:13-cr-00075 TLN, is related to the now-transferred supervised release violation petition in United States v. Lopez-Betancourt, No. 2:13-cr-00230 JAM, because assignment of these actions to a single Judge is likely to effect a savings of judicial effort; and (2) pursuant to Local Rules 123(c) and (f), direct the Clerk's Office to reassign the supervised release violation in United States v. Lopez-Betancourt, No. 2:13-cr-00230 JAM, to the Honorable Troy L. Nunley for further proceedings.

Dated: July 16, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Nirav K. Desai
                                    NIRAV K. DESAI
                                    Assistant United States Attorney

Dated: July 16, 2013                /s/ Dina Santos (as authorized on 7/16/13)
                                    DINA SANTOS, ESQ.
                                    Attorney for Defendant

////
////
////

Stipulation and Order Re Related Cases            3

1 **ORDER**

2 The Court has considered and HEREBY APPROVES the parties' stipulation seeking to relate

3 the above-titled cases before the undersigned District Judge. Accordingly, IT IS HEREBY ORDERED

4 that:

5     1. The matters of <u>United States v. Lopez-Betancourt</u>, No. 2:13-cr-00075 TLN (E.D. Cal.), and

6 <u>United States v. Lopez-Betancourt</u>, No. 2:13-cr-00230 JAM (E.D. Cal.), are related for future

7 proceedings because assignment of these actions to a single Judge is likely to effect a savings of judicial

8 effort.

9     2. The Clerk of Court is directed to reassign the matter of <u>United States v. Lopez-Betancourt</u>,

10 No. 2:13-cr-00230 JAM, to the undersigned further proceedings. Henceforth, the caption shall be

11 <u>United States v. Lopez-Betancourt</u>, No. 2:13-cr-00230 TLN.

12     IT IS SO ORDERED.

13 Dated: July 17, 2013

Troy L. Nunley
United States District Judge