1 | BENJAMIN B. WAGNER
United States Attorney
2 | NIRAV K. DESAI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00075 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DANIEL OMAR LOPEZ-BETANCOURT, aka Daniel Nicholas Lopez, aka Daniel Omar Lopez, aka Juan Francisco Munoz, aka Juan F. Munoz, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00230 TLN |
| Plaintiff, | |
| v. | |
| DANIEL OMAR LOPEZ-BETANCOURT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, these related cases were set for status on August 22, 2013, and the

1 Court advised the parties of its unavailability on that date.

2. By this stipulation, the parties now move to continue the status conference until September 12, 2013, and to exclude time between August 22, 2013, and September 12, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 410 pages of documents, which was produced directly to defendant's prior counsel and forwarded to defendant's present counsel, who entered this case on or about July 2, 2013.

    b) The parties have not yet received a Pre-Plea Advisory Guideline Presentence Investigation Report that addresses both the new indictment at issue in 2:13-cr-075 TLN, and the supervised release violation alleged in 2:13-cr-230 TLN ("Pre-Plea Report").

    c) Counsel for defendant desires additional time to consult with her client and conduct investigation and research after receipt of the Pre-Plea Report, and in light of the discovery produced in this case.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2013, to September 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Stipulation and Order 2
Lopez-Betancourt, 2:13-cr-75 TLN; 2:13-cr-230 TLN

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 5, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney

Dated: August 5, 2013

 /s/ Dina Santos (as authorized on 8/5/13)
DINA SANTOS, ESQ.
Attorney for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of August, 2013.

Troy L. Nunley
United States District Judge